


Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

**Molly C. Dwyer**
**Clerk of Court**

**(415) 355-8000**

May 13, 2008

**To:**     James E. Leuenberger
P.O. Box 1684
Lake Oswego, OR 97035-0000

**From:**   Molly C. Dwyer, Clerk of Court
By: Pearl Kariakin, Deputy Clerk

**Re:**     Receipt of a Deficient Brief of Appellant on 4/28/08

USCA No.   07-36010     Williford v. City of Portland, et al

The following minor deficiencies must be corrected:

- *Incorrect color covers:*   The excerpt of records from the appellants opening brief has an incorrect color cover.  See Fed. R. App. P. 32. **Please send an original and 15 copies of the covers for the excerpt of records only.**

The following action has been taken with respect to the brief received in this office:

- *The deficiency is judged to be minor.  The brief has been filed as of the date received.  However, you are obligated within 14 days to correct the mentioned deficiency.*

When submitting corrections to your brief or a corrected brief, **please return a copy of this letter.**  If you don't submit your correction within 14 days of this notice, you must file a motion for leave to file a late brief.  *See* 9th Cir. R. 31-2.3 re: Extensions of time for filing brief.