**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 14 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| KAY WILLIFORD,<br><br>        Plaintiff - Appellant,<br><br> V.<br><br>CITY OF PORTLAND; MULTNOMAH COUNTY; OFFICER KLUNDT personally,<br><br>        Defendants - Appellees. | No. 07-36010<br>D.C. No. CV-06-01289-PP<br>District of Oregon, Portland<br><br>**MANDATE** |

The judgment of this Court, entered 03/20/09, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Rhonda Roberts
Deputy Clerk